In the Matter of the Accounting of MARIA L. PERRY, as Executrix of JOHN S. BARRY, Deceased, Appellant; EMMA J. HORTON, Respondent.

(Argued April 15, 1936; decided April 21, 1936.)

*Lindsley McChesney* for appellant.
*Lucien E. Clickner* for respondent.

Appeal dismissed on argument, with twenty dollars costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.